```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 06 B 16597
   SHERYL A ANDERSON
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3882
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/15/06 and confirmed on 03/28/07.

2. The case was converted to Chapter 7 after confirmation, 11/05/2008.

3. The Debtor paid a total of $ 11455.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PHH MORTGAGE FKA CENDANT | CURRENT MORTG | .00 | .00 | .00 |
| PHH MORTGAGE FKA CENDANT | MORTGAGE ARRE | 2818.74 | .00 | 2818.74 |
| MITSUBISHI MOTOR CRED OF | SECURED VEHIC | 17000.00 | 1783.94 | 4455.57 |
| VALUE CITY | SECURED | 500.00 | 31.75 | 368.09 |
| BECKET & LEE LLP | UNSECURED | 3568.72 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2920.49 | .00 | .00 |
| B REAL LLC | UNSECURED | 9101.09 | .00 | .00 |
| B REAL LLC | UNSECURED | 2281.03 | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4527.11 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| CONSULTANTS IN PATHOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| GE MONEY BANK | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1347.34 | .00 | .00 |
| NICOR GAS | UNSECURED | 456.12 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 3674.58 | .00 | .00 |
| ST JAMES HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MITSUBISHI MOTOR CRED OF | UNSECURED | 5729.76 | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 595.62 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 20318.74 | .00 | 34201.86 | .00 | 54520.60 |

```
PRINCIPAL PAID          7642.40         .00        .00         .00      7642.40
INTEREST PAID           1815.69         .00        .00         .00      1815.69
TOTAL PAID              9458.09         .00        .00         .00      9458.09
```
The Debtor's attorney, RICHARD S BASS                , was allowed $   2800.00
and was paid $   1300.00   direct and $   1500.00   through the plan.

The Trustee received $     496.91 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/09                       /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE